**FILED**

SEP 16 2016 JB

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

To: Prisoner Correspondence     9-12-16

From Oscar Montoya #M-16884     Case # 15-cv-03288

Hi, Good Morning!

Now The reason I'm Sending This letter is because I would like To know what happend in my Case, I wrote To my Attorney, but They not respond my letter's I wrote Them 3 Time, and nothing The last letter, I get from Them was on May 26, 2016. and They said. The The Court granted The defendants on extension of Time, and They said Too The Court Provided That The parties are To meet To discuss any Possibility of settlement, and The hearing was on June 22, 2016, and Today is Sep-12-2016. and I don't know what happend in That hearing Can you Please let me know what's going on Please and my Attorney They was or They did it. They Put a motion To dismiss defendants motion So I would like To know if I still in Court or was a settlement or what happened with my Case, Thank you very much and Thank you for your help and Time Since May-26-2016. I don't know nothing about my Case my Attorney don't let me know nothing. I don't know what's going on in my Case. Thank you. very much.

                     Respectfully
                     Montoya Oscar
                     M-16884