IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Oscar Montoya,<br><br>    Plaintiff,<br><br>   v.<br><br>Clarence Wright, et al.,<br><br>    Defendants. | No. 15-cv-03288<br><br>Judge Andrea R. Wood |

## MOTION OF DANIEL WATKINS TO WITHDRAW AS COUNSEL FOR PLAINTIFF OSCAR MONTOYA

 Daniel Watkins hereby moves for leave to withdraw as counsel for plaintiff Oscar Montoya. In support of this motion, movant states as follows:

 1. I am an associate with the law firm of James D. Montgomery & Associates, Ltd. and have previously represented plaintiff in this matter.

 2. On December 21, 2015, Attorney Melvin Brooks was appointed by this Court to represent Plaintiff.

 3. I filed an appearance in the case to assist Attorney Melvin Brooks.

 4. As of Tuesday, December 5, 2017, Attorney Melvin Brooks no longer works in the office of James D. Montgomery and Associates, Ltd., and I will no longer be assisting him with this case.

 5. As such, I can no longer represent plaintiff, and I respectfully request to withdraw my appearance.

 6. Attorney Melvin Brooks will continue to represent Oscar Montoya in

this matter.

WHEREFORE, movant respectfully requests that this Court enter an order terminating him as counsel for plaintiff Oscar Montoya.

        Respectfully submitted,

BY:   /s/ Daniel Watkins, II
**DANIEL WATKINS, II**
JAMES D. MONTGOMERY & ASSOCIATES, LTD.
One North LaSalle Street, Suite 2450
Chicago, IL 60602
(312) 977-0200

2